**APPEAL**

# U.S. Bankruptcy Court
# Northern District of Georgia (Atlanta)
# Bankruptcy Petition #: 26−62896−lrc

*Assigned to:* Judge Lisa Ritchey Craig
Chapter 7
Voluntary
No asset

*Date filed:* 09/25/2026
*341 meeting:* 10/26/2026
*Deadline for filing claims (govt.):* 03/24/2027
*Deadline for objecting to discharge:* 12/28/2026

***Debtor***
**Tamerlane Timur Bey, II**
172 North Mill Rd
Sandy Springs, GA 30328
FULTON−GA
SSN / ITIN: xxx−xx−1353

represented by **Tamerlane Timur Bey, II**
PRO SE

***Trustee***
**Jason L. Pettie**
Gordon and Pettie, LLC
1600 Parkwood Circle SE
Suite 500
Atlanta, GA 30339
404−855−2972

***U.S. Trustee***
**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404−331−4437

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 09/25/2026 | | 1 | Voluntary Petition (Chapter 7) for Individual(s) Filed by Tamerlane Timur Bey II. Government Proof of Claim due by 3/24/2027. (tnb) Additional attachment(s) added on 9/25/2026 (lkh). |
| 09/25/2026 | | 2 | Statement of Social Security Number (Official Form B121) (Document is restricted and can only be viewed by Court staff.) filed by Tamerlane Timur Bey II. (lkh) Additional attachment(s) added on 9/25/2026 (lkh). |
| 09/25/2026 | | 3 | Pro Se Affidavit filed by Tamerlane Timur Bey II. (lkh) |
| 09/25/2026 | | 4 | Application for Waiver of Chapter 7 Filing Fee filed by Tamerlane Timur Bey II. (lkh) |
| 09/25/2026 | | 5 | Initial Statement About an Eviction Judgment Against You filed by Tamerlane Timur Bey II. (lkh) |
| 09/25/2026 | | 6 | |

| | | | |
|---|---|---|---|
| | | | Motion for 30−Day Temporary Waiver filed by Tamerlane Timur Bey II. (lkh) |
| 09/27/2026 | | 7 | Motion for entry of order confirming that no stay is in effect , *pursuant to 11 USC 362(b)(22),* filed by Matthew Franklin Totten on behalf of 2018−4 IH Borrower LP. (related document(s) 5) (Attachments: # 1 Exhibit A − Residential Lease # 2 Exhibit B − Order, Aug. 13, 2026, Magistrate Court of Fulton County # 3 Exhibit C − Writ of Possession # 4 Exhibit D − Debtor Correspondence) (Totten, Matthew) |
| 09/28/2026 | | 8 | Order Setting Deadlines for Debtor to Correct Filing Deficiencies (Individual). Service by BNC. Statement of Financial Affairs due 10/9/2026. Schedule(s) due by 10/9/2026. Declaration About Debtors Schedules (B106) due 10/9/2026. Summary of Assets and Liabilities due 10/9/2026. Statement of Income and, if applicable, Means Test Calculation Form due: 10/9/2026. Credit Counseling Certificate due 10/9/2026. Debtor Payment Advices due: 10/9/2026.Statement of Intention due 10/26/2026. (jla) |
| 09/28/2026 | | 9 | Notice of deficient filing re: Missing Certificate of Service, . Service by BNC. (related document(s) 7) (jla) |
| 09/28/2026 | | 10 | Notice of Chapter 7 Bankruptcy Case and Meeting of Creditors. 341 Meeting to be held on 10/26/2026 at 01:00 PM via Zoom (Pettie): Meeting ID 256 559 9086, Passcode 4850211462, Phone 1 (470) 924−8993. (Admin) Objections for Discharge due by 12/28/2026 |
| 09/28/2026 | | 11 | Letter to Landlord Regarding Rent Deposit. Service by Clerk. (ngs) |
| 09/28/2026 | | 12 | Notice to Debtor Regarding Debtor Electronic Noticing. Service by BNC. (ADIclerk) |
| 09/29/2026 | | 13 | Order GRANTING Motion for Order Confirming no stay is in effect (Related Doc # 7) Service by BNC. Entered on 9/29/2026. (rhg) |
| 09/29/2026 | | 14 | Order GRANTING Request for exigent circumstance re: obtaining Credit Counseling Certificate (Related Doc # 6) Service by BNC. Entered on 9/29/2026. (rhg) |
| 09/29/2026 | | 15 | Amended Initial Statement About an Eviction Judgment Against You filed by Tamerlane Timur Bey II. (ngs) |
| 09/29/2026 | | 16 | Emergency Debtor's Response and Objection to Movant's Motion for Order Confirming No Stay in Effect Pursuant to 11 U.S.C. 362(b)(22) filed by Tamerlane Timur Bey II. (related document(s) 7)(ngs) |
| 09/29/2026 | | 17 | Motion for entry of order confirming that no stay is in effect , *RENEWED,* filed by Matthew Franklin Totten on behalf of 2018−4 IH Borrower LP. (related document(s) 15) (Totten, Matthew) |
| 09/30/2026 | | 18 | Notice of Appearance Filed by Capital One Auto Finance, a division of Capital One, N.A.. (Sharma, Amitkumar) |
| 09/30/2026 | | 19 | Emergency Motion For Reconsideration Of Doc.13 And For Temporary Stay Pending Hearing filed by Tamerlane Timur Bey II. (related document(s) 13) (klt) |

| | | | |
|---|---|---|---|
| 09/30/2026 | | 20 | Debtor Emergency Objection To Renewed Motion For Order Confirming No Stay And Request For Hearing filed by Tamerlane Timur Bey II. (related document(s) 17)(klt) |
| 09/30/2026 | | 21 | Emergency Motion To Shorten Time And For Expedited Hearing On Doc. 17 And Related Relief filed by Tamerlane Timur Bey II. (related document(s) 17) (klt) |
| 09/30/2026 | | 22 | Declaration Of Tamerlane Timur Bey, II In Support Of Emergency Filings filed by Tamerlane Timur Bey II. (related document(s) 19, 20, 21) (klt) |
| 09/30/2026 | | 23 | Notice of Appeal to Court, Fee $ 298 Receipt Number: None, Amount Paid $ 0, filed by Tamerlane Timur Bey II. Appellant Designation due by 10/14/2026, submission by USBC to USDC due by 10/30/2026, (related document(s) 13) (klt) |
| 09/30/2026 | | 24 | Emergency Motion for Stay Pending Appeal Pursuant To FED.R.BANKR.P.8007 filed by Tamerlane Timur Bey II. (related document(s) 23) (klt) |
| 09/30/2026 | | 25 | Request to Proceed In Forma Pauperis (specify): filed by Tamerlane Timur Bey II. (related document(s) 23) (klt) |
| 09/30/2026 | | 26 | Order to Supplement Debtor's Application for Waiver of the Chapter 7 Filing Fee. Debtor is directed to file all missing documents on or before October 9, 2026, including Schedules I & J. Service by BNC. Entered on 9/30/2026. (related document(s) 4) (lyb) |
| 09/30/2026 | | 27 | Certificate of Mailing by BNC of Notice of Meeting of Creditors Notice Date 09/30/2026. (Admin.) (Entered: 10/01/2026) |
| 09/30/2026 | | 28 | Certificate of Mailing by BNC of Order on Deadlines to Correct New Case Deficiency − Individual. Notice Date 09/30/2026. (Admin.) (Entered: 10/01/2026) |
| 09/30/2026 | | 29 | Certificate of Mailing by BNC of Notice of Deficiency Notice Date 09/30/2026. (Admin.) (Entered: 10/01/2026) |
| 09/30/2026 | | 30 | Certificate of Mailing by BNC of Notice to Debtor Regarding Debtor Electronic Noticing Notice Date 09/30/2026. (Admin.) (Entered: 10/01/2026) |
| 10/01/2026 | | 31 | Notification of Appeal Requirements (related document(s) 23) (yl) |