# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

TO: Mr. Kevin P. Weimer, Clerk
United States District Court

DATE: October 30, 2026

RE: 26-62896-lrc
Bankruptcy Case No.

Tamerlane Timur Bey, II
Debtor(s)

Tamerlane Timur Bey, II
Appellant

2018-4 IH Borrower LP
Appellee

## SUPPLEMENTAL SUBMISSION SHEET

Submitted on:

☒ Notice of Appeal filed 09/30/2026- Doc. No. 23
File date of Order being appealed from 09/29/2026 - Doc. No. 13

☒ Supplemental Record to USDC Case No. 26-cv-5692-TRJ

☐ Other: Click here to enter text.

**Contents of Record:**

☒ Document: #7

☒ Designated items not filed ☐ Appellant(s) ☐ Appellee
Filing Fee Paid - ☐ Yes ☒ No (IFP filed)
In Forma Pauperis - ☐ GRANTED ☐ DENIED

FROM: Vania S. Allen Clerk of Court
United States Bankruptcy Court

By: _/s/____________________________________
Yahaira Lugo, Deputy Clerk